UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-61287-CIV-SMITH/REID**

CARLOS RAMOS,

    Plaintiff,

vs.

SHERIFF GREGORY TONY, *et al.,*

    Defendants.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter came before the Court upon the Report of Magistrate Judge [DE 7], in which Magistrate Judge Reid recommends dismissing Plaintiff's Complaint without prejudice, under 28 U.S.C. § 1915(A)(1) for failure to state a claim. No objections were filed to the Report. Having reviewed the Report and the record, and given that there are no objections, it is

    **ORDERED** that:

    1. The Report of Magistrate Judge [DE 7] is **AFFIRMED and ADOPTED**:

    a. Plaintiff's Complaint [DE 1,5] is **DISMISSED**, without prejudice, under 28 U.S.C. § 1915(A)(1).

    2. This case is **CLOSED.**

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of November 2020.

                                               RODNEY SMITH
                                               UNITED STATES DISTRICT JUDGE

cc:    *Pro se* Plaintiff